KAREN L. LOEFFLER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | COUNTS 1, 2, and 3: |
| | ) | ATTEMPTED ENTICEMENT OF |
| vs. | ) | A MINOR |
| | ) | Vio. of 18 U.S.C. § 2422(b) |
| KALEB L. BASEY, | ) | |
| | ) | COUNT 4: |
| Defendant. | ) | RECEIPT OF CHILD |
| | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT ONE

Attempted Coercion and Enticement of a Minor

On or about November 23, 2013, in the District of Alaska, the

defendant, KALEB L. BASEY, did, using a facility and means of interstate

and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce "D_____900," an individual who he believed had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Abuse of a Minor in the Third Degree, in violation of Alaska Penal Code Section 11.41.438(a).

All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### Attempted Coercion and Enticement of a Minor

Between on or about August 30, 2013, and November 14, 2013, in the District of Alaska, the defendant, KALEB L. BASEY, did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce "g_____22," an individual who he believed had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Abuse of a Minor in the Third Degree, in violation of Alaska Penal Code Section 11.41.438(a).

In violation of Title 18, United States Code, Sections 2422(b).

///

///

///

## COUNT THREE

### Attempted Coercion and Enticement of a Minor

On or about December 31, 2013, in the District of Alaska, the defendant, KALEB L. BASEY, did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce "j_____123," an individual who he believed had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a).

All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

### Sexual Exploitation of Children - Receipt of Child Pornography

On or about a date unknown to the Grand Jury, but no later than on or about January 18, 2014, within the District of Alaska, the defendant, KALEB L. BASEY, did knowingly receive visual depictions, including, but not limited to, "bibigonvidspic.jpg," "1386993905798.jpg," "1384381974268.jpg," "1384381377876.jpg," "1385537132463.jpg," "1387919236224.jpg," "1383782625684.jpg," "1385869593972.jpg," "Hv319 Falko – Video4.avi," "Falko_1(01).mp4," "new feb2012 mom son.avi," and "Linda BJ.avi," using a

means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant United States Attorney
United States of America

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE: 12/16/14