AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
DEC 18 2014
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

KALEB L. BASEY

*** ~~SEALED~~ ***

**WARRANT FOR ARREST**

CASE NUMBER: 4:14-cr-00028-RRB-SAO
USMS-D/ALASKA-WARRANTS
FID# 969550
WARRANT # 1506-1217-0102-2
Entered NCIC _____
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KALEB L. BASEY and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Attempted Enticement of a Minor (Cts 1-3), Receipt of Child Pornography (Ct 4)

in violation of Title 182 United States Code, Section(s) 2422(b) and 2252(a)(2)

Marvel Hansbraugh
Name of Issuing Officer

Redacted Signature
by _____ Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

December 16, 2014 at Anchorage, AK
Date and Location

Bail Fixed at $ TO BE DETERMINED

by DEBORAH M. SMITH

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Ft Wainright, AK

| DATE RECEIVED 12/17/14 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/18/14 | FBI Stone | Redacted Signature |

Case 4:14-cr-00028-RRB   Document 5   Filed 12/18/14   Page 1 of 1