MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KALEB L. BASEY    CASE NO. 4:14-cr-00028-RRB-SAO
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        SCOTT A. ORAVEC

DEPUTY CLERK/RECORDER:       CONSTANCE LEDLOW

OFFICIAL REPORTER:           NONE PRESENT

UNITED STATES' ATTORNEY:     KYLE FREDERICK REARDON (TELEPHONIC)

DEFENDANT'S ATTORNEY:        M. J. HADEN, APPOINTED (TELEPHONIC)

U.S.P.O.:                    MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT [2]
             HELD DECEMBER 19, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:03 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit **FILED.**

 X Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not Guilty to counts 1, 2, 3, and 4 of the Indictment.

 X Defendant's detention continued.

 X Order of Detention Pending Trial **FILED.**

 X Order for the Progression of a Criminal Case with Trial Date **FILED.**

    X Discovery Conference Date: **December 29, 2014**

CONTINUED TO PAGE 2

DATE: December 19, 2014     DEPUTY CLERK'S INITIALS:    CBL
Revised 5-29-14

CONTINUATION - PAGE 2

4:14-cr-00028-RRB-SAO
U.S.A. vs. KALEB L. BASEY
ARRAIGNMENT ON INDICTMENT [2]
DECEMBER 19, 2014
-------------------------------------------------------------------

    _X_ Notify Court of Discovery Problems: **January 5, 2015**

    _X_ Pretrial Motions Due: **January 20, 2015**

    _X_ Counsel advised of trial date: **February 9, 2015 at 8:30 a.m.** before Judge Beistline.

    _X_ Counsel advised of FPTC date: **February 5, 2015 at 9:15 a.m.** before Judge Beistline.

At 1:18 p.m. court adjourned.

DATE: December 19, 2014    DEPUTY CLERK'S INITIALS: CBL
Revised 5-29-14