M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:14-CR-00028-RRB-SAO |
| vs. | |
| KALEB LEE BASEY, | **MOTION TO SUPPRESS ALL EVIDENCE SEIZED FROM KALEB BASEY'S BARRACKS ROOM** |
| Defendant. | |

A period of excludable delay under 18 U.S.C. § 3161(h) will occur as a result of the filing this motion, and should be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. §§ 3161(h)(1)(D) and (B)(iv). The Speedy Trial Act calculation, as of the date of the filing of this motion, shows that the 70-day mark would fall on August 3, 2015 leaving 105 days remaining from this date before trial must begin pursuant to the Speedy Trial Act.

Defendant, Kaleb Lee Basey, by and through counsel M.J. Haden, Assistant Federal Defender, moves this court to suppress all evidence seized from the search of Kaleb Basey's barracks room that occurred on January 18, 2014. The basis of this motion is that the evidence was seized without probable cause and in violation of the Fourth Amendment. This motion is submitted pursuant to Fed. R. Crim. P. 12(b), D. Ak. L.R. 7.1 and is based upon the following Memorandum of Law.

DATED this 21st day of April, 2015.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ M.J. Haden*
M.J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
(907) 646-3414
mj_haden@fd.org

Certification:

I certify that on April 21, 2015, a copy of the foregoing document, with attachments, was served electronically on:

Kyle F. Reardon, Assistant U.S. Attorney

*/s/ M.J. Haden*

United States v. Kaleb Lee Basey
Case No. 4:14-cr-00028-RRB-SAO                                                                                          Page 2