UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KALEB LEE BASEY,<br><br>    Defendant. | Case No. 4:14-CR-00028-RRB-SAO<br><br>*PROPOSED*<br>**ORDER** |

After due consideration of defendant's Motion to Suppress All Evidence Seized from Kaleb Basey's Barracks Room (Docket __), the court GRANTS the motion.

IT IS ORDERED that all evidence seized from Kaleb Basey's Barracks Room is hereby suppressed.

DATED _____, 2015, in Fairbanks, Alaska.

_____
Ralph R. Beistline
United States District Judge