# AFFIDAVIT SUPPORTING REQUEST FOR AUTHORIZATION TO SEARCH AND SEIZE OR APPREHEND

For use of this form, see AR 27-10; the proponent agency is OTJAG.

*BEFORE COMPLETING THIS FORM, SEE INSTRUCTIONS ON PAGE 2*

0014-14-CID209-81542

| 1. I, | SA Sean P. SHANAHAN | Ft. Wainwright CID Office, 83rd MP Det. |
|---|---|---|
| | *(Name)* | *(Organization or Address)* |

19th Military Police Battalion (CID), 6th Military Police Group (CID), USACIDC, Ft. Wainwright, AK 99703

having been duly sworn, on oath depose and state that:

I Sean SHANAHAN, as a Special Agent with USACIDC, have under gone extensive training in the fields of crime scene processing, analysis and collection of forensic evidence, and photography. I have conducted and participated in numerous investigations of criminal activities, including fraud and computer crimes involving child pornography, sexual assault, extortion, larcenies, and distribution of controlled substances. During these investigations, I have executed or participated in the execution of numerous search warrants and seized evidence of crimes. Cases of Solicitation, child pornography and sexual assault of a child.

2. The affiant further states that:

About 1956, 16 Jan 14, Mrs. Daniel BUTLER, Office of Child Services, Fairbanks AK 99701 (FAK) was checking Craigslist Personals Casual Encounters M4W (Men looking for Women) and came across a posting for "daughter share". The posting had a picture of a young girl lying on a couch in a non seductive manner. The posting stated "any dads or moms want to share a daughter with me for the night? Just gauging interest, must have a daughter. Respond with torchat id if you got one. Fit, attractive, kinky, hung male". Mrs. BUTLER contacted Alaskan State Troopers (AST) with her findings.

About 2030, 16 Jan 14, Investigator (INV) Kirsten HANSEN, AST, Alaska Bureau of Investigation (ABI), 1979 Peger Road, FAK sent a preservation letter to Craigslist Incorporated, granted a search authorization for Craigslist Incorporated (CL) and General Communication incorporated (GCI) to reveal the Internet Protocol (IP) from where the posting on CL originated from. GCI stated the IP address was associated with a Kaleb BASEY, Building 3422, 310A, Fort Wainwright AK 99705 (FWA).

About 1800, 17 Jan 14, INV HANSEN coordinated with SA SHANAHAN and briefed him on the preliminary findings of this investigation. SA SHANAHAN conducted a Department of Defense People Search (DOD) in which resulted in a match for a SPC Kaleb L. BASEY, XXX-XX-3790, 5th Squadron, 1st Cavalry Regiment (5-1 CAV), FWA. SA SHANAHAN also confirmed the phone number listed in DOD matched the phone number associated with both SPC BASEY GCI profile and Craigslists Profile. During the DOD the ad posted by SPC BASEY was deleted from CL.

About 1900, 17 Jan 14, INV HANSEN was informed by her office another posting had been posted to CL with similar information. The new posting had a picture of an adult female hugging a young female from behind with the adult females hand down the front pants of the young female. The child in th epicture appeared to be the same child from the posting posted on 16 Jan 14 The posting stated " im a good looking guy looking for a mom who has a young daughter shed like to share with me for taboo fun. Its a lot warmer here in int Alaska today".

About 2030, 17 Jan 14, SA SHANAHAN traveled to building 3422, FWA and verified SPC BASEY name was on the name plaque at building 3422, room # 310 A, FWA and that the WIFI signalneear SPC BASEY door was password protected

For Official Use Only
Law Enforcement Sensitive

Exhibit

DA FORM 3744, SEP 2002     DA FORM 3744-R, MAR 85, IS OBSOLETE.     APD PE v1.01ES

000183

3. In view of the foregoing, the affiant requests that an authorization be issued for a search of      See Attachment A

_____ *(the person) (and)*

_____ *(the quarters or billets) (and)*

           and (seizure) (apprehension) of      See Attachment B

*(the automobile)* (                  )      *(items persons searched for)*

and other evidence of wrongful use, possession of a control substance.

| TYPED NAME AND ORGANIZATION OF AFFIANT | SIGNATURE OF AFFIANT |
|---|---|
| SA Sean P. SHANAHAN, Ft. Wainwright CID Office, 83rd MP Det. 1051 Gaffney Rd #12, Ft Wainwright, AK 99703 | SHANAHAN.SEAN.PATRICK.1394556897 |

SWORN TO AND SUBSCRIBED BEFORE ME THIS ____17____ DAY OF ____Jan____ ____2014____ AT ____2200____

| TYPED NAME, ORGANIZATION AND OFFICIAL CAPACITY OF AUTHORITY ADMINISTERING THE OATH | SIGNATURE OF AUTHORITY ADMINISTERING THE OATH |
|---|---|
| LTC Jennifer A. BREWER Office of the Staff Judge Advocate, Joint Base lewis-McChord, WA Part-Time Military Magistrate | BREWER.JENNIFER.ANN.1114568909 |

## INSTRUCTIONS FOR
### *AFFIDAVIT SUPPORTING REQUEST FOR AUTHORIZATION TO SEARCH AND SEIZE OR APPREHEND*

1. In paragraph 1, set forth a concise, factual statement of the offense that has been committed or the probable cause to believe that it has been committed. Use additional page if necessary.

2. In paragraph 2, set forth facts establishing probable cause for believing that the person, premises, or place to be searched and the property to be seized or the person(s) to be apprehended are connected with the offense mentioned in paragraph 1, plus facts establishing probable cause to believe that the property to be seized or the person(s) to be apprehended are presently located on the person, premises, or place to be searched. Before a person may conclude that probable cause to search exists, he or she must first have a reasonable belief that the person, property or evidence sought is located in the place or on the person to be searched. The facts stated in paragraphs 1 and 2 must be based on either the personal knowledge of the person signing the affidavit or on hearsay information which he/she has plus the underlying circumstances from which he/she has concluded that the hearsay information is trustworthy. If the information is based on personal knowledge, the affidavit should so indicate. If the information is based on hearsay information, paragraph 2 must set forth some of the underlying circumstances from which the person signing the affidavit has concluded that the informant (whose identity need not be disclosed) or his/her information was trustworthy. Use additional pages if necessary.

3. In paragraph 3, the person, premises, or place to be searched and the property to be seized or the person(s) to be apprehended should be described with particularity and in detail. Authorization for a search may issue with respect to a search for fruits or products of an offense, the instrumentality or means of committing the offense, contraband or other property the possession of which is an offense, the person who committed the offense, and under certain circumstances for evidentiary matters.

**Exhibit**

For Official Use Only
Law Enforcement Sensitive

DA FORM 3744, SEP 2002

000184

# SEARCH AND SEIZURE AUTHORIZATION

For use of this form, see AR 27-10; the proponent agency is OTJAG

0014-14-CID209 - 81542

TO: *(Name and Organization of the person to whom authorization is given)*
SA Sean P. SHANAHAN, Ft. Wainwright CID Office, 83rd Military Police Detachment (CID),19th Military Police Battalion (CID), 6th Military Police Group (CID), USACIDC, Ft. Wainwright, AK 99703, and appointed representitives

*(An affidavit) (A (sworn) or (unsworn) oral statement)* having been made before me by    SA Sean P. SHANAHAN, 83rd Military Police

*(Name of Affiant)*

Detachment (CID),19th Military Police Battalion (CID), 6th Military Police Group (CID), USACIDC, Ft. Wainwright, AK 99703

*(Organization or Address of Affiant)*

*(which affidavit is attached hereto and made a part of this authorization )*. and as I am satisfied that there is probable cause to believe that the matters mentioned in the affidavit are true and correct, that the offense set forth therein has been committed, and that the property to be seized is located *(on the person) (at the place)* to be searched, you are hereby ordered to search the *(person) (place)* known as

See Attachment: A

for the property described as    See Attachment: B

bringing this order to the attention of the *(person searched) (person in possession, if any person be found at the place or on the premises searched)*. The search will be made in the *(daytime) (nighttime)*, and if the property is found there, you shall seize it, issue a receipt therefor to the person from whom the property is taken or in whose possession the property is found, deliver the property to:

Evidence Depository, Ft. Wainwright AK, 99703

*(Name and Organization of Authorized Custodian)*

and prepare a written inventory of the property. If there is no person at the searched place to whom the receipt may be delivered, the receipt will be left in a conspicuous location at the place or on the premises where the property is found.

Dated this    17    day of    Jan   ,    2014 .

| TYPED NAME AND GRADE OF AUTHORIZING OFFICIAL | DUTY POSITION OF AUTHORIZING OFFICIAL |
|---|---|
| LTC Jennifer A. BREWER<br>O-5 | Military Magistrate      Exhibit |
| ORGANIZATION OF AUTHORIZING OFFICIAL | SIGNATURE OF AUTHORIZING OFFICIAL |
| Office of the Staff Judge Advocate<br>Joint-Base Lewis-McChord, WA 98433 | BREWER.JENNIFER.ANN.1114568909 |

For Official Use Only
Law Enforcement Sensitive

**DA FORM 3745, SEP 2002**      DA FORM 3745-R, MAR 85, IS OBSOLETE      APD PE v1.02ES

000185

In view of the foregoing, the affiant requests that an authorization be issued for a search of:

1. SPC Kaleb L. BASEY's assigned barracks room.

2. SPC Kaleb L. BASEY's common area of room # 310.

3. SPC Kaleb L. BASEY's privately owned vehicle.

4. SPC Kaleb L. BASEY's Person and items SPC Kaleb L. BASEY's is carrying to include but not limited to wallet, cell phones, bags, cases, book bags, gym bags, luggage, hand bags, suitcases.

5. Any and all assigned storages SPC Kaleb L. BASEY's has access to:

6. Any and all digital media devices, which was seized from SPC Kaleb L. BASEY's Assigned Barracks Room, Privately Owned Vehicle, and Person and items SPC Kaleb L. BASEY's is carrying to include but not limited to wallets, cell phones, bags, cases, book bags, gym bags, luggage, hand bags, suitcases.

| TYPED NAME, ORGANIZATION AND OFFICIAL CAPACITY OF AUTHORITY ADMINISTRATING THE OATH | SIGNATURE OF AUTHORITY ADMINISTERING THE OATH |
|---|---|
| LTC Jennifer A. BREWER<br>Part-time Military Magistrate<br>Office of the Staff Judge Advocate, Joint Base Lewis-McChord, WA | |

For Official Use Only
Law Enforcement Sensitive

Exhibit

000186

0014-14-CID209 -81542

1. **SPC Kaleb L. BASEY's assigned barracks room:** Any Suspected Child Pornography pictures and storage and communication devices. Any and all personal computer, laptop computer and computing system; hard disks, zip disks, removable hard drives, zip drives, disks, diskettes, electronic storage media, computer tapes, optical storage devices, tapes, smart cards, cassettes, pagers, cellular telephones, digital cameras, personal digital assistants such as Palm III devices, memory cards and cartridges.

2. **Common Area of SPC Kaleb L. BASEY's assigned barracks room:** Any Suspected Child Pornography pictures and storage and communication devices. Any and all personal computer, laptop computer and computing system; hard disks, zip disks, removable hard drives, zip drives, disks, diskettes, electronic storage media, computer tapes, optical storage devices, tapes, smart cards, cassettes, pagers, cellular telephones, digital cameras, personal digital assistants such as Palm III devices, memory cards and cartridges.

3. **SPC Kaleb L. BASEY's Privately Owned Vehicle:** Any Suspected Child Pornography pictures and storage and communication devices. Any and all personal computer, laptop computer and computing system; hard disks, zip disks, removable hard drives, zip drives, disks, diskettes, electronic storage media, computer tapes, optical storage devices, tapes, smart cards, cassettes, pagers, cellular telephones, digital cameras, personal digital assistants such as Palm III devices, memory cards and cartridges.

SPC Kaleb L. Basey

4. **SPC Kaleb L. BASEY's Person and items PV2 Kevin K. LEE is carrying to include but not limited to wallets, cell phones, bags, cases, book bags, gym bags, luggage, hand bags, suitcases:** Any Suspected Child Pornography pictures and storage and communication devices. Any and all personal computer, laptop computer and computing system; hard disks, zip disks, removable hard drives, zip drives, disks, diskettes, electronic storage media, computer tapes, optical storage devices, tapes, smart cards, cassettes, pagers, cellular telephones, digital cameras, personal digital assistants such as Palm III devices, memory cards and cartridges.

5. **Any and all assigned storages SPC Kaleb L. BASEY's has access to:** Any Suspected Child Pornography pictures and storage and communication devices. Any and all personal computer, laptop computer and computing system; hard disks, zip disks, removable hard drives, zip drives, disks, diskettes, electronic storage media, computer tapes, optical storage devices, tapes, smart cards, cassettes, pagers, cellular telephones, digital cameras, personal digital assistants such as Palm III devices, memory cards and cartridges.

6. **Any and all digital media devices, which was seized from SPC Kaleb L. BASEY's Assigned Barracks Room, Privately Owned Vehicle, and Person and items SPC Kaleb L. BASEY is carrying to include but not limited to wallets, cell phones, bags, cases, book bags, gym bags, luggage, hand bags, suitcases:** Text; documents, pictures; graphics/images;

| TYPED NAME, ORGANIZATION AND OFFICIAL CAPACITY OF AUTHORITY ADMINISTRATING THE OATH | SIGNATURE OF AUTHORITY ADMINISTERING THE OATH |
|---|---|
| LTC Jennifer A. BREWER<br>Part-time Military Magistrate<br>Office of the Staff Judge Advocate, Joint Base Lewis-McChord, WA | |

For Official Use Only
Law Enforcement Sensitive

Exhibit

000187

electronic mail messages; news groups; chat room databases; software; video/movie files; peer to peer systems; file sharing; computerized logs; account names; passwords; encryption codes, algorithms and formulae; personal notes or diaries; and other data including deleted files and folders, containing material related to information pertaining to any and all suspected child pornography and printout material.

| TYPED NAME, ORGANIZATION AND OFFICIAL CAPACITY OF AUTHORITY ADMINISTRATING THE OATH | SIGNATURE OF AUTHORITY ADMINISTERING THE OATH |
| --- | --- |
| LTC Jennifer A. BREWER<br>Part-time Military Magistrate<br>Office of the Staff Judge Advocate, Joint Base Lewis-McChord, WA | |

For Official Use Only
Law Enforcement Sensitive

Exhibit

000188