OFFICIAL USE ONLY – Law Enforcement Sensitive

**RIGHTS WARNING PROCEDURE/WAIVER CERTIFICATE**
For use of this form, see AR 190-30; the proponent agency is ODCSOPS

DATA REQUIRED BY THE PRIVACY ACT 0014-14-CID209-81542

| | |
|---|---|
| **AUTHORITY:** | Title 10, United States Code, Section 3012(g) |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your Social Security Number is voluntary. |

0325/15

| 1. LOCATION | 2. DATE | 3. TIME | 4. FILE NO. |
|---|---|---|---|
| Fort Wainwright, AK 99703 | 18 Jan, 14 KLB | KLB | 0014-14-CID209- |

| 5. NAME (Last, First, MI) | 8. ORGANIZATION OR ADDRESS |
|---|---|
| BASEY, Kaleb L. | B CO Hoop 5/1 |

| 6. SSN | 7. GRADE/STATUS | |
|---|---|---|
| XXX-XX-3790 | SPC/E-4 | 5-1 CAV<br>Fort Wainwright, AK 99703 |

**PART 1 - RIGHTS WAIVER/NON-WAIVER CERTIFICATE**

**Section A. Rights**

The investigator whose name appears below told me that he/she is with the United States Army Criminal Investigation Command as an Special Agent and wanted to question me about the following offense(s) of which I am suspected/accused KLB Solicitation of a prostitue, Soliciation to engage in Sexual Assault with a child, Pandering///

Before he/she asked me any questions about the offense(s), however, he/she made it clear to me that I have the following rights:

1. I do not have to answer any questions or say anything. KLB
2. Anything I say or do can be used as evidence against me in a criminal trial. KLB
3. (For personnel subject to the UCMJ) I have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with me during questioning. This lawyer can be a civilian lawyer I arrange for at no expense to the Government or a military lawyer detailed for me at no expense to me, or both.

- or -

(For civilians not subject to the UCMJ) I have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with me during questioning. I understand that this lawyer can be one that I arrange for at my own expense, or if I cannot afford a lawyer and want one, a lawyer will be appointed for me before any questioning begins. KLB

4. If I am now willing to discuss the offense(s) under investigation, with or without a lawyer present, I have a right to stop answering questions at any time, or speak privately with a lawyer before answering further, even if I sign the waiver below.

5. COMMENTS (Continue on reverse side)

**Section B. Waiver**

I understand my rights as stated above. I am now willing to discuss the offense(s) under investigation and make a statement without talking to a lawyer first and without having a lawyer present with me.

| WITNESSES (If available) | 3. SIGNATURE OF INTERVIEWEE |
|---|---|
| 1a. NAME (Type or Print) | *Kaleb Basey* (signature) |
| b. ORGANIZATION OR ADDRESS AND PHONE | 4. SIGNATURE OF INVESTIGATOR (signature) |
| 2a. NAME (Type or Print) | 5. TYPED NAME OF INVESTIGATOR<br>SA Sean P SHANAHAN |
| b. ORGANIZATION OR ADDRESS AND PHONE | 6. ORGANIZATION OF INVESTIGATOR<br>Fort Wainwright CID Office<br>Fort Wainwright, AK 99703 |

**Section C. Non-Waiver**

1. I do not want to give up my rights:

☐ I want a lawyer.     ☐ I do not want to be questioned or say anything.

2. SIGNATURE OF INTERVIEWEE

ATTACH THIS WAIVER CERTIFICATE TO ANY SWORN STATEMENT (DA form 2823) SUBSEQUENTLY EXECUTED BY THE SUSPECT/ACCUSED.

**DA FORM 3881, NOV 89**     EDITION OF NOV 84 IS OBSOLETE

his document is provided by USACIDC for the sole purpose of assisting the inquiry for which it was requested. Further distribution of this document is prohibited, including Freedom of
OFFICIAL USE ONLY – Law Enforcement Sensitive
formation Act (FOIA) requests, White House, or Congressional Inquires, and any other release beyond the appointed authority of the inquiry for which it was provided. Any requests for rther dissemination of CID-provided documents must be made to US Army Crime Records Center. 27130 Telegraph Rd. Bldg 27130A. Quantico VA 22134.

Exhibit 000216

**Attachment B, Page 1 of 1**

Case 4:14-cr-00028-RRB   Document 45-2   Filed 04/21/15   Page 1 of 1