DETAILS

About 0319, 18 Jan 14, SA SHANAHAN advised SPC BASEY of his legal rights in which he waived and provided an audio/visual recording wherein he stated he posted two separate ads on craiglist attempting to solicate a underage female. SPC BASEY further admitted he has possessed and disturbed child pornography on the internet. (See rights waiver and DVD for details)

0315, 18 Jan 14, started interview

0319, SA SHANAHAN started rights advisal

0324, SPC BASEY waived his rights

0326, SPC BASEY admits to trying to get a hooker

0346, SPC BASEYadmits to posting Craiglist.

0348, admits to posting taboo posting and a daughterposting. Because he wanted to try something new sexually.

0356, SPC BASEY stated he obtained the pictures he used for his postings from searching google for "Non nude preteen".

0357, SPC BASEY admits the photo of mom & daughter turned him on.

0359, SPC BASEY likes the mom and daughter together.

0409, SPC BASEY admitted to having child pornagraphay on his computer.

0421, SA SHANAHAN re-advised SPC BASEY for possessing and distribution of child porn.

0447, SA SHANAHAN inquired about an address this office found during the search "N14" which was a friends address. SPC BASEY sent him warm gloves. 0509, SPC BASEY admitted he had sent child porn images and videos to a user name Julie.com through skype.

0511, SPC BASEY he would pass a polygraph on the subject of having sex with a girl under the age of 16.

0513, SPC BASEY stated he met a girl through craigslist on the posting casual hookups to meet at a hotel then gave her money after they had sex. SPC BASEY offered the unknown girl, if she was willing to have sex with another guy or multiply guys on video he would give her money.

| TYPED AGENT'S NAME AND SEQUENCE NUMBER | ORGANIZATION | |
|---|---|---|
| SA Sean P. SHANAHAN, 7968 | Fort Wainwright CID Office<br>Fort Wainwright, AK 99703 | |
| SIGNATURE | DATE<br>18 Jan 14 | EXHIBIT |

CID FORM 94      FOR OFFICIAL USE ONLY

This document is provided by USACIDC for the sole purpose of assisting the inquiry for which it was requested. Further distribution of this document is prohibited including Freedom of Information Act (FOIA) requests, White House, or Congressional Inquires, and any other release beyond the appointed authority of the inquiry for which it was provided. Any requests for further dissemination of CID-provided documents must be made to US Army Crime Records Center, 27130 Telegraph Road, Bldg 27130A, Quantico, VA 22134

000218

**Attachment C, Page 1 of 1**

Case 4:14-cr-00028-RRB   Document 45-3   Filed 04/21/15   Page 1 of 1