UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KALEB LEE BASEY,<br><br>            Defendant. | Case No. 4:14-CR-00028-RRB-SAO<br><br>*PROPOSED*<br>**ORDER** |

After due consideration of defendant's Motion to Suppress All Statements Made by Kaleb Basey to Law Enforcement Officers (Docket __), the court GRANTS the motion.

IT IS ORDERED that all statements by Kaleb Basey to law enforcement officers are hereby suppressed.

DATED _____, 2015, in Fairbanks, Alaska.

                                                                                                     _____
                                                                                                       Scott A. Oravec
                                                                              United States District Judge