AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2016 MAR 18 AM 3:44

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
Alaska

RECEIVED
MAR 21 2016
Clerk, U.S. District Court
Anchorage, AK

ORIGINAL

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:14-cr-00028-RRB-SAO |
| | ) | |
| KALEB L. BASEY | ) | USMS-D/ALASKA-WARRANTS |
| Defendant | ) | FID# 9695502 |
| | ) | WARRANT # 1606-0318-0469-J |
| | | Entered NCIC _____ |

## ARREST WARRANT

Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KALEB L. BASEY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

ATTEMPTED ENTICEMENT OF A MINOR / SEXUAL EXPLOITATION OF CHILD-RECEIPT OF CHILD PORNOGRAPHY / TRANSPORTATION OF CHILD PORNOGRAPHY / SEXUAL EXPLOITATION OF A CHILD-DISTRIBUTION OF CHILD PORNOGRAPHY

in violation of: 18:2422(b), 18:2252(a)(2) & (b)(1), 18:2252(a)(1) &(b)(1), 2252:(a)(1) & (b)(1) & 2252(a)(2) and (b)(1)

Date: March 17, 2016

Lesley K. Allen, District Court Executive/Clerk of Court
*Name and Title of Issuing Officer*

Ordered by: Kevin F. McCoy
U.S. Magistrate Judge

**Redacted Signature**

City and state: Anchorage, Alaska     by: _____ Deputy Clerk
*Signature of Issuing Officer*

---

### Return

This warrant was received on *(date)* 03/18/2016 , and the person was arrested on *(date)* 03/18/2016
at *(city and state)* Anchorage AK .

**Redacted Signature**

Date: 03/18/2016
_____
*Arresting officer's signature*

_____
*Printed name and title*