IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>KALEB LEE BASEY,<br><br>                     Defendant. | Case No. 4:14-cr-00028-RRB-SAO<br><br>**ORDER DENYING<br>MOTION TO CONTINUE TRIAL** |

       Before the Court at Docket 166 is Defendant's seventh Motion to Continue Trail. The Government opposed at Docket 169 and the Court held a hearing in the matter on June 30, 2017. Thereafter each of the parties briefed the issue.

       Defendant seeks a seventh continuance in order to file additional motions to suppress, contending that there are new issues of substance that must be resolved prior to trial. The Government disputes these assertions, and the Court has independently studied the matter. As the Government points out at Docket 172, most, if not all, of the issues that Defendant seeks to address by motion practice already have been addressed and resolved by the Court, and all appear to be without merit on their face.

       Therefore, for the reasons set forth by the Government at Docket 172, the Motion to Continue Trial is hereby DENIED. Defendant has had ample time and opportunity to file pretrial motions and now appears to be motivated primarily for delay.

There is a status hearing set for Thursday July20, 2017, in Fairbanks, Alaska. At that time, the parties shall notify the Court when they will be ready for trial.

IT IS SO ORDERED this 18th day of July, 2018, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge
