Rex Lamont Butler
745 W. 4th Ave., Suite 300
Anchorage, Alaska, 99501
(907) 272-1497
Attorney For Kaleb Lee Basey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KALEB LEE BASEY, | ) |
| Defendant. | ) |

Case No. 4:14-cr-00028-RRB-SAO

**TRIAL BRIEF**

Comes Now, Kaleb Lee Basey, by and through his attorney, Rex Lamont Butler & Associates, Inc., and respectfully submits the following trial brief:.

**I.**
**EVIDENTIARY ISSUES**

Basey, on the grounds of hearsay, objects to any witness testifying about what was stated to them by others.

1

Basey will object to any testimony concerning the search of his barracks room. This search was made pursuant to an invalid search warrant.

Any previously undiscovered statements of others may require continuances during trial to permit an investigation by the defense.
.

## II
## RECIPROCAL DISCOVERY ISSUES

We have no physical evidence to present for Reciprocal Discovery.

## III.
## WITNESSES

The Defense will cross-examine the government's witnesses and then determine if any additional witnesses must be called.

## IV
## *EXHIBITS*
The defense has no exhibits at this time.

## V
## JUROR COUNSELING

Basey objects to the jurors being advised, prior to the verdict, that they can obtain counseling for trauma. If such an advisement is given before a verdict is returned, the jurors' emotions would be inflamed.

Respectfully submitted this 8th day of December, 2017.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Ste., 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

**Certificate of Service**

**This is to certify that a true and correct copy of the foregoing TRIAL BRIEF has been served electronically on AUSA Kyle Reardon of the U.S. Attorney's Office on this 8th day of December, 2017.**

**/s/ Rex Lamont Butler**

**Rex Lamont Butler (ABA 8310105)**