MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.    KALEB L. BASEY    CASE NO.    4:14-cr-00028-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    LISA M. HAWK

OFFICIAL REPORTER:    NOT PRESENT

UNITED STATES' ATTORNEY:    KYLE FREDERICK REARDON

DEFENDANT'S ATTORNEY:    REX LAMONT BUTLER

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD DECEMBER 11, 2017
----------------------------------------------------------------
At 8:32 a.m. court convened without prospective jurors present.

Court and counsel heard re plaintiff's intent to proceed to trial
on counts 5s and 6s of the Superseding Indictment only.  Count 5s
is now count 1 and count 6s is now count 2.

Court and counsel heard re forfeiture allegation, jury
instructions and the jury selection process.

Court and counsel heard re amending verdict forms to correct
count numbers and offense date.

At 8:47 a.m. court recessed until 8:49 a.m. without the proposed
jurors present.

Court and counsel heard re defendant will not be present for
sidebar.

At 8:51 a.m. court recessed until 9:20 a.m. without the proposed
jurors present.

At 9:22 a.m. 51 prospective jurors entered the courtroom.

Introduction of counsel.

Court read Indictment.

Oath as to qualifications administered.

General voir dire conducted.

Jurors #8, 16, 26 and 50 excused for cause.

Court admonished the prospective jurors.

Continued to Page 2

------------------------------------------------------------------

At 10:34 a.m. the 47 prospective jurors exited the courtroom.

At 10:36 a.m. court recessed until 10:53 a.m. without the prospective jurors present.

At 10:54 a.m. 47 prospective jurors entered the courtroom.

General voir dire continued.

Court directed the clerk to call 32 jurors; 32 jurors called.

Individual voir dire conducted.

At 11:48 a.m. 47 prospective jurors exited the courtroom.

Court and counsel heard re peremptory challenges.

At 11:49 a.m. court recessed until 12:40 p.m. without prospective jurors present.

Court and counsel heard re peremptory challenges taken.

At 12:43 p.m. 47 prospective jurors entered the courtroom.

Court directed clerk to call the 14 selected.

Court thanked and excused the excess prospective jurors.

Preliminary jury instructions read.

Oath as to trial jurors administered.

At 1:00 p.m. the jury panel exited the courtroom.

At 1:02 p.m. court recessed until 2:14 p.m. without the jury panel present.

Court and counsel heard re defendant's challenges to the certification of plaintiff's exhibits.

At 2:40 p.m. the jury panel entered the courtroom.

Plaintiff's opening statement heard.

Continued to Page 3

(Revised 9-8-2015)

------------------------------------------------------------------
Barry Cebulski sworn and testified on behalf of the plaintiff.
Plaintiff's exhibit 1 **ADMITTED**.

Kirsten Hansen sworn and testified on behalf of the plaintiff.
Plaintiff's exhibit 2 **ADMITTED**.

Court and counsel heard re trial scheduling.

At 3:44 p.m. the jury panel exited the courtroom.

At 3:46 p.m. court recessed until 3:57 p.m. without the jury
panel present.

Court and counsel heard re defendant's concerns re signature on
certifications of exhibits.

At 3:59 p.m. the jury panel entered the courtroom.

Ramin Dunford sworn and testified on behalf of the plaintiff.
Plaintiff's exhibit 3 and 4 **ADMITTED.**

Court admonished the jury panel.

At 4:59 p.m. the jury panel exited the courtroom to reconvene
Tuesday, December 11, 2017 at 8:30 a.m.

Court and counsel heard re proposed verdict forms and jury
instructions.

At 5:02 p.m. court recessed to reconvene on **Tuesday, December 12,
2017 at 8:20 a.m.**

DATE:____December 11, 2017____    DEPUTY CLERK'S INITIALS:__LMH__

(Revised 9-8-2015)