(Rev 4/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF PLAINTIFF

**Case No.:** 4:14-cr-00028-RRB     **Judge:** RALPH R. BEISTLINE

**Title:** UNITED STATES OF AMERICA

**vs.** KALEB L. BASEY

**Dates of Hearing/Trial:** May 18, 2018

**Deputy Clerk/Recorder:** Lisa M. Hawk

**Official Reporter:** NOT PRESENT

**Attorney for Plaintiff**

**KYLE FREDERICK REARDON**

## EXHIBITS

| EX# | STIP | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | X | 5/18/18 | Picture |
| 2 | | X | 5/18/18 | Picture |
| 3 | | X | 5/18/18 | Picture |
| 4 | | X | 5/18/18 | Picture |
| 5 | | X | 5/18/18 | Picture |
| 6 | | X | 5/18/18 | Picture |
| 7 | | X | 5/18/18 | Picture |
| 8 | | X | 5/18/18 | Picture |
| 9 | | X | 5/18/18 | Picture |
| 10 | | X | 5/18/18 | Picture |
| 11 | | X | 5/18/18 | Picture |