FILED

SEP 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> KALEB L. BASEY, <br><br> Defendant-Appellant. | No. 18-30121 <br><br> D.C. No. 4:14-cr-00028-RRB <br> District of Alaska, <br> Fairbanks <br><br> ORDER |

Before: TALLMAN, IKUTA, and N.R. SMITH, Circuit Judges.

On August 14, 2019, Appellant Kaleb L. Basey filed a pro se motion to substitute counsel or proceed pro se. *See* Dkt. #71. On August 20, 2019, we directed Mr. Rex Lamont Butler, then counsel to Appellant, to file a response to Appellant's pro se motion. *See* Dkt. # 72. The same day, Mr. Butler filed a motion to withdraw as CJA appointed counsel for Appellant. *See* Dkt. # 73.

We informed Mr. Butler that his motion to withdraw was deficient for failing to comply with Ninth Circuit Rule 4-1(c) and (e), reminded him of his duty to continue to represent Appellant under Rule 4-1(a), and directed him to file an affidavit confirming his compliance with the Rules. *See* Dkt. # 74. On August 28, 2019, Mr. Butler filed another deficient motion to withdraw as counsel and attempted to file a pro se petition for panel rehearing and for rehearing en banc on behalf of Appellant. *See* Dkt. ## 77-78.

2

On August 29, 2019, we ordered Mr. Butler to show cause why we should not recommend to the judges of the District of Alaska that he be removed from the CJA Panel for his repeated failures to conform to the Circuit Rules and our orders. *See* Dkt. # 79.[1] The Court has received Mr. Butler's response to the Court's order. *See* Dkt. # 82.

This matter is hereby referred to the District of Alaska for further action as the judges of that court deem appropriate. We express no opinion as to whether Mr. Butler should be removed from the CJA panel.

The Clerk shall transmit a copy of this Order to Chief United States District Judge Timothy Burgess (D. Alaska).

IT IS SO ORDERED.

---

[1] Mr. Butler has since been allowed to withdraw from the representation and Appellant is now proceeding pro se. *See id.*