| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 23 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

KALEB L. BASEY,

    Defendant-Appellant.

No. 18-30121

D.C. No. 4:14-cr-00028-RRB
District of Alaska,
Fairbanks

ORDER

Before: TALLMAN, IKUTA, and N.R. SMITH, Circuit Judges.

Judge Ikuta has voted to deny the petition for rehearing en banc and Judge Tallman and Judge N.R. Smith so recommend.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Appellant's petition for rehearing en banc (Docket Entry No. 76) is denied.