IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KALEB LEE BASEY,<br><br>　　　　　Defendant. | Case No. 4:14-cr-00028-RRB<br><br>**ORDER** |

　　　　Defendant's Motion for Return of Seized Property at Docket 369 is hereby GRANTED consistent with the Government's Non-Opposition at Docket 387, and according to the terms set forth by the Government.

　　　　IT IS SO ORDERED this 5th day of August, 2021, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge