Kaleb Lee Basey
17753-006 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500
Defendant in Pro Se



AUG 23 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. 4:14-cr-00028-RRB |
| vs. | REQUEST FOR ENTRY OF JUDGMENT |
| KALEB LEE BASEY, Defendant. | (Fed. R. Civ. P. 58(d)) |

Defendant Basey requests this Court to set forth its judgment regarding Basey's Second Motion for Return of Seized Property (Dkt. 369) in a separate document in accordance with Fed. R. Civ. P. 58(a). Basey intends to appeal. "Under Rule 58, a final judgment 'is designed to alert the parties and the appellate court when a district court renders a final, appealable order.'" Dinunzio v. Apfel, 101 F. Supp. 2d 1028, 1031 (N.D. Ill. 2000)(quoting Benjamin v. U.S., 833 F.2d 669, 672 (7th Cir. 1987)).

This Court's final judgment should clarify:
- Did this Court have jurisdiction over this Rule 41(g) proceeding despite Basey's 2255 appeal which challenged no part of the 41(g) proceeding?
- What of Basey's Amended Rule 41(g) Motion seeking additional relief not covered by the Government's unaccepted offer to return

some of Basey's property?

- What does the Court consider its order to be in terms of the Federal Civil Rules? A settlement agreement (despite no agreement)? A default judgment (despite no grounds for invoking that rule)? Basey can't figure this one out. Dismissal makes the most sense.

Conclusion.

This Court should enter a final judgment in a separate document.

Respectfully submitted this 19th day of August, 2021.

*Kaleb Basey*
Kaleb Basey
Defendant in Pro Se

Certificate of Service

I certify that I caused to be mailed a copy of the foregoing to:

G. Michael Ebell
222 W. 7th Ave. Rm. 253 #9
Anchorage, AK 99513-7567

Dated: August 19, 2021

*Kaleb Basey*
Kaleb Basey

Request for Entry of Judgment
U.S. v. Basey
Case 4:14-cr-00028-RRB  Document 396  Filed 08/23/21  Page 2 of 3
2



CALEB LEE BASEY
17753-006 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500

LEXINGTON KY 405
20 AUG 2021 PM 3 L

17753-006
Clerk Of Court
222 W 7TH AVE
U.S. Courthouse
Anchorage, AK 99513-7567
United States

99513-756799

cr-00028-RRB  Document 396  Filed 08/23/21  P