Kaleb Lee Basey
17753-006 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500
Defendant in Pro Se



RECEIVED
SEP 03 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:14-cr-00028-RRB |
| Plaintiff, | |
| v. | VERIFIED NOTICE OF |
| KALEB LEE BASEY, | REJECTION OF GOVERNMENT'S |
| Defendant. | SETTLEMENT OFFER |

I, Kaleb Basey, declare as follows:

1. I received the Government's letter (Dkt. 382-1) offering to settle this Rule 41(g) proceeding by returning some of my property, sometime after July 8, 2021.

2. Shortly thereafter (within about a week), I sent Government counsel a hand-written letter that rejected their settlement offer and said I was going to litigate the case in court instead.

3. I didn't make a copy of this letter because I thought it would be irrelevant to the case given that Fed. R. Evid. 408 bars use of rejections of settlement offers in proving or disproving claims.

I declare under penalty of perjury the foregoing is true and to the best of my knowledge.

Executed on: August 30, 2021, in Lexington, KY.

*Kaleb Basey*
Kaleb Basey
Defendant in Pro Se

Certificate of Service

I certify I caused to be mailed a copy of the foregoing to the following:

G. Michael Ebell
222 W. 7th Ave., #4, Room 253
Anchorage, AK 99513-7567

Dated: Aug. 30, 2021.

*Kaleb Basey*
Kaleb Basey

Kaleb Lee Basey
17753-006 Cardinal Unit
Federal Medical Center Lexington
P. O. Box 14500
Lexington, KY 40512-4500



LEXINGTON KY 405

31 AUG 2021 PM 3 L

⇔17753-006⇔
Clerk Of Court
222 W 7TH AVE
U.S. Courthouse
Anchorage, AK 99513-7567
United States