Kaleb Lee Basey
17753-006 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500
Defendant in Pro Se



RECEIVED

SEP 13 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. 4:14-cr-00028-RRB |
| Plaintiff ) | | |
| ) | | |
| vs. ) | | NOTICE OF APPEAL |
| ) | | |
| KALEB LEE BASEY, ) | | |
| ) | | |
| Defendant. ) | | |

Notice is hereby given that Kaleb Basey, Defendant in this case, and

movant in the Fed. R. Crim. P. 41(g) proceeding, appeals to the United States

Court of Appeals for the Ninth Circuit from:

1. Dkt. 397: the text order, entered on August 30, 2021;

2. Dkt. 394: the Third Order Regarding Return of Property, entered on
   August 18, 2021;

3. Dkt. 390: the Second order Regarding Return of Property, entered on
   August 11, 2021;

4. Dkt. 388: the district court's Order, entered on August 5, 2021;

5. Dkt. 381 at 5-6: the part of the Order Denying Reconsideration and Denying Motion for Summary Judgment which denies Basey's motion for summary judgment on July 1, 2021.

Respectfully submitted this _____8th_____ day of ___September___, 2021.

_____
Kaleb Lee Basey

Kaleb Lee Basey
Defendant in Pro Se

## CERTIFICATE OF SERVICE

I, Kaleb Basey, certify that on ___September 8___, 2021, I caused a copy of the foregoing to be mailed on the following:

G. Michael Ebell
Federal Bldg. & U.S. Courthouse
222 W. 7th Ave. #9, Room 253
Anchorage, AK 99513-7567

Dated: _September 8_, 2021 _____
Kaleb Basey

Kaleb Basey

Enclosed:
Check # 109 for $505



Kaleb Lee Busey
17753-006 Cardinal Unit
FMC Lexington
P.O. Box 14500
Lexington, KY 40512-4500

U.S. District Court
222 W. 7th Ave Rm 229 Ste #4
Anchorage, AK 99513

7020 1290 0000 5392 5252

99513-75699

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

USPS CERTIFIED MAIL®

9514 7065 8996 1251 2533 76

RETURN RECEIPT

U.S. POSTAGE
$3.68
FCM LETTER
45258
09/08/
1148765 SSK

813110908061527

14-cr-00028-RRB   Document 399   Filed 09/13/21   Pag